UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


SOUTHERN CAPITOL ENTERPRISES,
INC., ET AL                          CIVIL ACTION

VERSUS                               NUMBER 04-705-JJB-SCR

CONSECO SERVICES LLC

### AMENDED SCHEDULING ORDER

Considering the information and request in the January 13, 2009 letter from counsel for the defendants, record document number 45, and conferring with the district judge regarding the parties' request, the scheduling order previously issued is hereby amended as follows.[1]

3.   **Expert discovery, including depositions of expert witnesses, shall be completed no later than the day before the parties are due to file the pretrial order.**[2]

The dates for the final pretrial conference and the trial will be fixed by the district judge in due course.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

Baton Rouge, Louisiana, January 26, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] New material is in bold type.  The deadlines in items 1 and 2 have expired and need not be repeated.

[2] The date of the final pretrial conference will determine when the pretrial order must be filed and when the parties must complete their expert discovery.  The date of the final pretrial conference will not be earlier than mid May 2010.